# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Brian Fox,<br><br>    Defendant | Case Nos. 3:15-cr-61-HDM-WGC<br>        3:19-cv-371-HDM<br><br>**Order** |

The government shall file a response to the defendant's 28 U.S.C. § 2255 motion (#856) on or before September 6, 2019.

IT IS SO ORDERED.

Dated: July 9, 2019

_____
Howard D. McKibben
Senior U.S. District Judge